FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
20 AUG 25 AM 8: 04
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

ARTHUR LAWTON CLARK,

Plaintiff,

v.

CHRISTOPHER GORDON;
TIMOTHY VAUGHN, District Attorney;
LYNN SHEFFIELD, Sheriff;
and SUSAN C. BARLOW,

Defendants.

CV 319-091

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 33.) Nothing in the objections, either pertaining to the Report and Recommendation issued in this case, or rulings made in prior cases filed in this Court, changes the analysis that all claims in this case are due to be dismissed. Accordingly, the Court **OVERRULES** all objections and **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DISMISSES** Defendants Sheriff Sheffield and Ms. Barlow, and all claims against them, and **DENIES** as **MOOT** the motion regarding service on Defendant Sheffield, (doc. no. 27). The Court **GRANTS** the motion to dismiss filed by Defendants Vaughn and Gordon, (doc. no. 8), and **DISMISSES** any potential state law claims without

prejudice. The Court **DIRECTS** the Clerk to enter an appropriate judgment of dismissal and **CLOSE** this case.

SO ORDERED this 24th day of August, 2020, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE