AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ARTHUR LAWTON CLARK,

    Plaintiff

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 319-091

CHRISTOPHER GORDON; TIMOTHY VAUGHN, District Attorney; LYNN SHEFFIELD, Sheriff; and SUSAN C. BARLOW,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order entered on August 25, 2020, all objections are OVERRULED and the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, the Courts GRANTS the Motion to Dismiss filed by Defendants Vaughn and Gordon and any potential state law claims are DISMISSED without prejudice. Furthermore, Defendants Sheriff Sheffield and Ms. Barlow and all claims against them are also DISMISSED. This case stands CLOSED.



08/25/2020
Date

John E. Triplett, Acting Clerk
Clerk

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/1/03